UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Walter L.,

    Petitioner,

v.                      **ORDER ADOPTING REPORT AND RECOMMENDATION**
                        Civil File No. 26-00607 (MJD/EMB)

Pamela Bondi, et al.,

    Defendants.

David L. Wilson, Olivia Anderson-Petroske, Wilson Law Group, Counsel for Petitioner.

Ana H. Voss, Matthew Isihara, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elsa M. Bullard filed January 29, 2026. [Doc. 8.] No objections have been filed to the Report and Recommendation. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Bullard.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

1

2

of United States Magistrate Judge Elsa M. Bullard filed January 29, 2026. **[Doc. 8.]**

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED**;

2. Respondents are ordered to immediately release Petitioner Walter L. from custody; and

3. Within 24 hours of the date of this Order, Respondents are ordered to file a notice confirming such release.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 2, 2026          s/Michael J. Davis
                                  Michael J. Davis
                                  United States District Court