# UNITED STATES DISTRICT COURT

## District of Minnesota

Walter Remigio Leon Redrovan,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood,

Respondents.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-607 MJD/EMB

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elsa M. Bullard filed January 29, 2026. **[Doc. 8.]**

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED**;
2. Respondents are ordered to immediately release Petitioner Walter L. from custody; and
3. Within 24 hours of the date of this Order, Respondents are ordered to file a notice confirming such release.

Date: 2/4/2026

KATE M. FOGARTY, CLERK