UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Walter L.,

        Petitioner,

v.

Pamela Bondi, et al.,

        Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-607 (MJD/EMB)

David L. Wilson, Olivia Anderson-Petroske, Wilson Law Group, Counsel for Petitioner.
Matthew Isihara, Assistant United States Attorney, Counsel for Respondents.

On February 2, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner from detention. [Doc. 9.] Despite being ordered to confirm with the Court within 24 hours of the date of the Order (i.e., February 3, 2026) that Petitioner had been released, Respondents failed to do so. On February 5, Petitioner's Counsel notified the Court that Petitioner was still in custody. [Doc. 12.] On the morning of February 6, the Court ordered Respondents to file a response by noon. [Doc. 13.] Respondents did so, succinctly stating that Counsel was putting "the Court on notice that Petitioner was released." [Doc. 14.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Walter L.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 8, 2026               s/Michael J. Davis
                                       Michael J. Davis
                                       United States District Court